IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE |
|---|---|---|---|
| DONALD WAYNE MARTIN | 09-50031-RWK-13 | December 07, 2010 | $1,367.24 |
| LINDA KAY LOAN MARTIN | | | *AS OF 3/7/2011 |
| | | | # of months: 3 |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above-captioned Chapter 13 debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the debtors aforementioned have defaulted in making their payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **APRIL 6, 2011** at **02:00 PM**, in 3rd Floor, U.S. Courthouse, 116 N. Main St., Harrisonburg, VA 22802-    the Trustee will present and argue the foregoing Petition to Dismiss.

*The Trustee may request immediate dismissal of the case unless Debtor(s) and Debtor's(') counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.*

I hereby certify that on March 7, 2011, copies of this Petition and Notice have been mailed to DONALD WAYNE and LINDA KAY LOAN MARTIN, Debtor(s), 708 MINEOLA STREET, STAUNTON, VA 24401 , and that the Attorney for the Debtor(s) has been notified electronically by ECF.

 /s/ Herbert L. Beskin                              .
Herbert L. Beskin Chapter 13 Trustee

Herbert L. Beskin
Chapter 13 Trustee
P O BOX 2103
Charlottesville, VA 22902
(434)817-9913