# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

IN RE: Donald Wayne Martin                 CHAPTER 13
          Linda Kay Martin                       CASE NO:    09-50031

EMPLOYEE: Linda Kay Martin
SS #   XXX-XX-0234

## AMENDED
## ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE

The above-named debtor(s) filed a Chapter 13 petition on 1/12/09, hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326 (a) (1), it is

### O R D E R E D:

That Cadence/Specialty Blades, Inc. shall cease compliance with the prior Order of this Court entered 6/29/09 and immediately begin compliance with this order; and

That **Cadence/Specialty Blades, Inc., ATTN: PAYROLL DEPARTMENT, 9 Technology Drive, Staunton, VA, 24401**, Employer of Debtor, is hereby directed to pay unto the duly appointed Trustee, and with all payments made to, **HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, MEMPHIS, TENNESSEE 38101-1961, (434) 817-9913,** the sum of **$475.00** per month commencing immediately.

If payment herein is being made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee.  The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

DATED: May 19, 2011

Prepared by:                                          *Ross W. Krumm*

/S/ ROLAND S CARLTON, JR          _____
Roland S. Carlton, Jr                            Ross W. Krumm
Attorney At Law                                   U. S. Bankruptcy Judge
**DEBTOR'S NAME AND CASE NUMBER MUST BE ON ALL PAYMENTS**